TIE COMMUNICATIONS, INC., PLAINTIFF *v.* UNITED STATES, U.S. CUSTOMS SERVICE, AND DISTRICT DIRECTOR, CUSTOMS DISTRICT OFFICE, ST. ALBANS, VERMONT, DEFENDANTS

Court No. 91–04–00300

(Dated February 18, 1993)

MEMORANDUM OPINION AND ORDER

MUSGRAVE, *Judge:* This Court denied the government leave to file its response and its Supplemental Motion for Summary Judgment and In Response to Plaintiff's Cross-Motion for Summary Judgment Out of Time in *TIE Communications, Inc., v. United States,* Slip Op. 92–210 (CIT November 25, 1992). In response to the government's subsequent Motion to Dissolve Preliminary Injunction and its Memorandum for Reconsideration of the Court's Decision Denying Defendant's Request for

Leave to File its Response to Plaintiff's Cross-Motion for Summary Judgment Out of Time, plaintiff has filed its Opposition and a proposed order seeking attorneys fees under USCIT Rule 11. This motion is likewise denied. However, the Court may well revisit the issue of Rule 11 sanctions at the end of these proceedings since the government's pleadings do have the appearance of being "interposed for an improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation." *See* USCIT Rule 11. It is hereby

ORDERED that the plaintiff's motion in opposition to the government's Motion to Dissolve Preliminary Injunction and its Memorandum for Reconsideration of the Court's Decision Denying Defendant's Request for Leave to File its Response to Plaintiff's Cross-Motion for Summary Judgment Out of Time is denied in part and granted in part; it is further

ORDERED that plaintiff's motion is *granted* to the extent the government's motion was denied in its entirety; it is further

ORDERED that plaintiff's motion is *denied* to the extent that the Court will postpone any decision regarding the imposition of Rule 11 sanctions; it is further

ORDERED that plaintiff's motion is *granted* to the extent that the papers submitted in support of the government's motion are stricken and excluded from the record.